Ray B. Marglous, Clayton, for appellant.

Joseph Daigre, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Appellant, Anna Bilic, appeals from a decision rendered by the Labor and Industrial Relations Commission finding appellant suffering from a five percent permanent partial disability to the body as a whole referable to the lumbar spine and a ten percent permanent partial disability to the body as a whole due to depression. We affirm. We have reviewed the briefs of the parties and the legal file and find the order of the Commission is supported by competent and substantial evidence on the whole record. As such, we affirm the Commission's order pursuant to Rule 84.16(b).

### ORDER

PER CURIAM.

Appellant, Virgil Johnson, Jr., appeals from the St. Louis City Circuit Court's decision granting summary judgment to respondents, Harold Cushshon Realty, Inc. and Ira Young, on appellant's motion to set aside respondents' purchase of appellant's property at a foreclosure sale. We affirm. Appellant suffered no damages from the court's dismissal of his petition to set aside the foreclosure sale, as that sale had already been declared void by the court in an earlier proceeding. Appellant's motion was therefore moot and failed to state a cause of action. Respondents were entitled to judgment as a matter of law.

As we find no error of law, and that an extended opinion would have no precedential value, we affirm the circuit court's grant of summary judgment pursuant to Rule 84.16(b).

■

**Virgil JOHNSON, Jr., Appellant,**

v.

**HAROLD CUSHSHON REALTY, INC., and Ira Young, Respondents.**

**No. 65916.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 20, 1994.

Virgil Johnson, Jr., acting pro se.

Ira M. Young, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

■

**In re the MARRIAGE OF Margie Ann ERNST, Petitioner/Respondent,**

and

**Edward Paul Ernst, Respondent/Appellant.**

**No. 65098.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 20, 1994.

Jeffrey Scott Paull, Clayton, for appellant.

Theodore S. Schechter, Michael Schechter, Clayton, for respondent.